CARL W. J. GRIMMELMAN v. KAYDEN-POPPER-KLEIN, INC., Impleaded with ANNA KAYDEN, as Administratrix, etc., Appellant.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAY C. NOLAN.— Preference granted for May 4, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of HERMAN BRANDT against JAMES A. BEHA, as Superintendent of Insurance of the State of New York.— Preference granted for May 4, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANTHONY FERRIS v. THE CITY OF NEW YORK.— Preference granted for May 4, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRANK PELOSO v. THE CITY OF NEW YORK. CONCETTA PISATURO, as Administratrix, etc., of PETER PISATURO, Deceased, v. THE CITY OF NEW YORK.— Preference granted for April 28, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. TERRENCE MILLER.— Preference granted for April 28, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EDGAR BROMBERGER, as Receiver, etc., of the ARTIFICIAL ICE COMPANY, v. KNICKERBOCKER ICE COMPANY.— Preference granted for May 12, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NORA CULHANE, as Administratrix, etc., of WILLIAM F. CULHANE, Deceased, v. ECONOMICAL GARAGE, INC., and Others.— Preference granted for April 28, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JAMES J. WALSH v. WILLIAM MONCUR, as President of Local Union No. 585 New York City of the United Brotherhood of Carpenters and Joiners of America and Others.— Preference granted for April 28, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of FORDHAM MANOR REFORMED CHURCH and Others v. WILLIAM E. WALSH and Others, Appellants, and SAMUEL MARER, Intervenor, Appellant.— Preference granted for April 28, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE J. COWAN v. THE CITY OF NEW YORK.— Preference granted for May 4, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PEACE THEATRE CORPORATION, HARRY KATZ and Another, v. SCHULMAN-GOLDBERY THEATRICAL CORPORATION and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRISBURG MANFACTURING AND BOILER COMPANY, Respondent, v. ROBERT WILLARD WALKER, Defendant, Impleaded with DEWITT CLINTON NOYES, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.